

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY 19 P 2: 31

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE THE MATTER OF CENTRAL GULF LINES, INC., OWNER, AND WATERMAN STEAMSHIP CORPORATION, OWNER *PRO HAC VICE*, OPERATOR, AND BAREBOAT CHARTERER OF, THE LASH BARGE CG-F70, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * * * | CIVIL ACTION NO. 97-3829 c/w 99-1888 SECTION "E" (4) JUDGE LIVAUDAIS MAGISTRATE ROBY |
| * * * * * * * * * * * * * * * * * | | ALL CASES |

## EX PARTE MOTION AND ORDER TO SUBSTITUTE AMENDED LETTER ROGATORY

**NOW INTO COURT**, through undersigned counsel, comes R. L. Baron Shipping S. A., and moves this Honorable Court for an order substituting the attached Amended Letter Rogatory directed to the Republic of India. On February 23, 2000, R. L. Baron Shipping S.A. (hereinafter "Baron") filed a Motion for Issuance of Letters Rogatory pursuant to Federal Rule of Civil Procedure 28(b) to the Chief Justice and his companion Puisne Judges of the High Court of Judicature at Calcutta (hereinafter "Indian Letter Rogatory"). On February 28, 2000, subsequent to the February 23 Motion for Issuance of the Indian Letter Rogatory, Waterman Steamship Corporation (hereinafter

DATE OF ENTRY
MAY 23 2000

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. 193

"Waterman") and Central Gulf Lines, Inc. (hereinafter "CGL") filed a Witness and Exhibit List. Waterman and CGL's Witness and Exhibit List revealed the identity of several additional Indian witnesses located in Calcutta, India who need to be deposed. The additional witnesses are:

(1)   A. Gosh of Oceanic Shipping Agency (Pvt.) Ltd.;

(2)   Gopal Bhattacharjee of Oceanic Shipping Agency (Pbt.) Ltd.;

(3)   Yezdi Dastur of Oceanic Shipping Agency (Pvt.) Ltd.;

(4)   Captain Debashis Mitra, of Lardner, North and Co.;

(5)   Jaswant Singhee of Eastern Navigation (Pvt.) Ltd.;

(6)   B.K. Singhee of Eastern Navigation Private Limited; and,

(7)   Mr. K.S. Singhee of Eastern Navigation (Pvt.) Ltd.

The foregoing witnesses have personal knowledge concerning material facts relating to the collision and Waterman's business operations in India. Some have actually provided business services to Waterman and/or CGL concerning Waterman/CGL's LASH Barge Operations in India. Since these witnesses are listed in Waterman/CGL's Witness and Exhibit List as will call or may call witnesses, Baron deserves the opportunity to depose these witnesses.[1] No prejudice is suffered by Waterman or CGL by amending this letter rogatory to include these witnesses, in that Waterman and CGL have listed them as will call and may call witnesses. The addition of these witnesses is the only

---

[1]   The listing of Eastern Navigation witnesses by Waterman is surprising since counsel for Waterman has maintained for over a year that he has no control over these witnesses, yet he has apparently arranged for them to travel to New Orleans for trial, but will not produce them for deposition.

change to the Letter Rogatory and the granting of this Motion to Substitute should be granted in order that the proper Letter Rogatory may be forwarded to India.

### ORDER

Considering R. L. Baron's Ex Parte Motion to Substitute Amended Letter Rogatory;

**IT IS HEREBY ORDERED** that the Amended Letter Rogatory be and hereby is substituted for the Letter Rogatory directed to the Chief Justice and His Companion Puisne Judges of the High Court of Judicature, Calcutta, Republic of India, filed with this Court on February 23, 2000.

New Orleans, Louisiana, this _22_ day of May, 2000.

_____
Honorable Marcel Livaudais, Jr.
United States District Judge

Respectfully submitted,

_____
Andrew S. de Klerk (LA Bar #1045)
J. Dwight LeBlanc, III (LA Bar #17986)
**Frilot, Partridge, Kohnke & Clements, L.C.**
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3600
Telephone: 504/599-8010
Telefax: 504/599-8110
**Counsel for R. L. Baron Shipping S.A.**